**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT  LOUISVILLE**


**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**VS.**                                    **CRIMINAL ACTION NO.3:07CR-10-03-R**

**WILLIE COLLINS**                                    **DEFENDANT**


**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

This matter has been referred to the undersigned Magistrate Judge Dave Whalin by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The Defendant,, by consent and with Laura wyrosdick, Assistant Federal Defender , appointed Counsel, appeared in open court on May 25, 2007, and entered a plea of guilty as to Counts 1 & 4 of the superseding indictment pursuant to a Rule 11(c)(1)&(B) plea agreement.  The United States was represented by Bryan Calhoun, Assistant United States Attorney.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty plea was knowledgeable and voluntary as to Counts 1 & 4  of the superseding  indictment, and that the offenses charged is supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned  recommend's  that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**IT IS HEREBY ORDERED** that a date for sentencing as to this defendant will be established by further order of the Court.  **IT IS FURTHER ORDERED** that the defendant shall be released on his present bond.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P.  72(b), or waive the opportunity to do so.

May 29, 2007

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

15